IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**KEITH HENDERSON,**

    **Plaintiff,**

v.                                    **CASE NO. 5:14-cv-00175-RS-GRJ**

**WARDEN QUINN, et al.,**

    **Defendants.**

_____/

## ORDER

Before me are Plaintiff's Motions for Leave to Proceed in Forma Pauperis (Docs. 2 and 9), Plaintiff's Motions for Appointment of Counsel (Docs. 6 and 9), the Magistrate Judge's Report and Recommendation (Doc. 4), Plaintiff's Objection (Doc. 11), and Plaintiff's Motion for Leave to File an Amended Complaint (Doc. 12). I have reviewed the report and recommendation *de novo* and considered Plaintiff's objections.

**IT IS ORDERED:**

    1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

    2. This case is **DISMISSED WITHOUT PREJUDICE** both pursuant to 28 U.S.C. § 1915(g) and also because venue is not proper. I note that Plaintiff does not appear to have addressed either of these concerns in his Objection.

3. The Clerk is directed to close this case and terminate all pending motions.

**ORDERED** on September 8, 2014.

<u>/S/ Richard Smoak</u>
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**
